

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2025

No. 04-24-00496-CV

**IN THE INTEREST OF V.D.L.** and **V.D.L.**, Children

Original Mandamus Proceeding[1]

**ORDER**

In accordance with this court's opinion of this date, R.L.'s petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). To the extent R.L. has sought to appeal, his appeal is DISMISSED FOR LACK OF JURISDICTION.

It is ORDERED that costs are assessed against the party that incurred them.

It is so **ORDERED** on January 8, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016-PA-01463, styled *In the Interest of V.D.L. and V.D.L., Children*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.